# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 01-2655

_____

|  |  |  |
|---|---|---|
| Johnny R. Higgins, | * | |
|  | * | |
| Appellant, | * | Appeal from the United States |
|  | * | District Court for the Eastern |
| v. | * | District of Missouri. |
|  | * | |
| City of Wellston, | * | [UNPUBLISHED] |
|  | * | |
| Appellee. | * | |

_____

Submitted: September 7, 2001

Filed: September 21, 2001

_____

Before HANSEN, FAGG, and BEAM, Circuit Judges.

_____

PER CURIAM.

Johnny R. Higgins appeals the district court's[*] nonprejudicial pre-service dismissal of Higgins's civil lawsuit under the Americans with Disabilities Act, 42 U.S.C. §§ 12101-12213, and 42 U.S.C. § 1983. We grant Higgins in forma pauperis status on appeal, and on de novo review we affirm for the reasons stated in the district court's opinion. See 8th Cir. R. 47B.

_____

[*]The Honorable Donald J. Stohr, United States District Judge for the Eastern District of Missouri.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.